**BENDAU & BENDAU PLLC**
Clifford P. Bendau, II (AZ Bar No. 030204)
Christopher J. Bendau (AZ Bar No. 032981)
P.O. Box 97066
Phoenix, Arizona 85060
Telephone: (480) 382-5176
Fax: (480) 304-3805
Email: cliffordbendau@bendaulaw.com
          chris@bendaulaw.com
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| **James Bourlier**, | No. 2:18-cv-04684-JJT |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| **TYC, LLC,** et al., | |
| Defendants. | |

Plaintiff, by and through undersigned counsel, hereby submits this Notice of Settlement to notify the Court that the parties have reached an agreement to settle this matter.

RESPECTFULLY SUBMITTED this 25th day of February 2019.

BENDAU & BENDAU PLLC

By: /s/ *Christopher J. Bendau*
Christopher J. Bendau
*Attorney for Plaintiff*

**Certificate of Service**

I certify that on this 25th day of February 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to all parties of record.

/s/*Christopher J. Bendau*